case the defendant owed them no duty to keep the crossing in repair. KRUSE, J., dissents.

JACOB BAYER LUMBER CO., Respondent, v. MASSACHUSETTS BONDING & INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1913.) Action by the Jacob Bayer Lumber Company against the Massachusetts Bonding & Insurance Company. H. L. Cheyney, of New York City, for appellant. B. D. Whedon, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

JACOBY, Respondent, v. BROOKLYN, Q. C. & S. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by Jennie Jacoby against the Brooklyn, Queens County & Suburban Railroad Company and another. No opinion. Motion for leave to appeal to the Court of Appeals (from 153 App. Div. 352, 138 N. Y. Supp. 486) denied, without costs.

JAQUISH, Respondent, v. KELLEY et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 16, 1913.) Action by George L. Jaquish against George W. Kelley and others. No opinion. Motion denied. See, also, 138 N. Y. Supp. 1122.

JENKINS v. GRUEN et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Mary Jenkins against Fanny Gruen and others. No opinion. Application granted. Order signed. See, also, 137 N. Y. Supp. 853.

JOHN D. ELWELL & CO., Appellants, v. ACME PORTLAND CEMENT CO., Respondent. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by John D. Elwell & Co. against the Acme Portland Cement Company. M. Conboy, of New York City, for appellants. H. M. Earle, of New York City, for respondent. No opinion. Order affirmed, with costs to respondent to abide event. Order filed. See, also, 138 N. Y. Supp. 1004.

JONES, Appellant, v. DOW, Respondent. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by Lorena Ridgely Jones against Carolyn A. Dow. No opinion. Motion for reargument (138 N. Y. Supp. 1123) denied with $10 costs. See, also, 139 N. Y. Supp. 1128.

JONES, Appellant, v. DOW, Respondent. (Supreme Court, Appellate Division, Second Department. January 28, 1913.) Action by Lorena Ridgely Jones against Carolyn A. Dow. No opinion. Motion denied, with $10 costs. See, also, 139 N. Y. Supp. 1128.

JUNGMAN v. NAUMBERG. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Charles Jungman against Bernard Naumberg. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant complies with terms stated in order. Order filed.

KATZ v. J. A. BURNS CO. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Phillip Katz against J. A. Burns Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 144 App. Div. 928, 129 N. Y. Supp. 1130.

KELLAS, Respondent, v. ST. ANDREW'S ROMAN CATHOLIC CHURCH OF NORWOOD et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by Leroy M. Kellas, as trustee in bankruptcy for Patrick J. Murtagh, against the St. Andrew's Roman Catholic Church of Norwood, N. Y., and another.

PER CURIAM. Order construing the order of reference reversed, without costs to either party, and judgment vacated, and matter remitted to the Special Term, to pass upon the report of the referee. Matter may be brought before the special term by motion for confirmation thereof.

HOUGHTON, J., dissents, on the ground that, the order of reference having been made upon stipulation of the parties without intervention of the court, in pursuance of section 1011 of the Code of Civil Procedure, it could have been only to hear and determine. BETTS, J., dissents, and votes for affirmance of the judgment, with costs, and that the order construing the order of reference be affirmed, without costs, and the appeal from the ex parte order be dismissed, without costs.

KELLER, Respondent, v. NEW YORK WRECKING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by William Keller, as administrator, etc., against the New York Wrecking Company. T. H. Lord, of New York City, for appellant. R. Link, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KELLIHER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1912.) Action by Sarah Kelliher, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals (from 138 N. Y. Supp. 894) granted, and questions for review certified.

KENT, Respondent, v. KIERNAN, Appellant. (Supreme Court, Appellate Division,